# THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO
## CIVIL DIVISION

| | |
|---|---|
| LARRY W. MILLER, JR : | CASE NO. **23CV0419** |
| 8517 W. EMERICK RD : | |
| WEST MILTON, OHIO 45383 : | JUDGE |
| : | |
| PLAINTIFF, : | |
| : | |
| VS. : | |
| : | |
| ARCP MT SPRINGFIELD OH, LLC : | **COMPLAINT FOR MONEY** |
| C/O STATUTORY AGENT : | **DAMAGES; JURY DEMAND** |
| CT CORPORATION : | **ENDORSED HEREON** |
| 4400 EASTON COMMONS WAY, STE. 125 : | |
| COLUMBUS, OHIO 43219 : | |
| : | |
| AND : | |
| : | |
| CIM GROUP, L. P. : | |
| C/O STATUTORY AGENT : | |
| PARACORP INCORPORATED : | |
| 4568 MAYFIELD ROAD : | |
| CLEVELAND, OHIO 44121 : | |
| : | |
| AND : | |
| : | |
| STEPHANIE B. MCCLOUD, Administrator: | |
| BUREAU OF WORKERS' COMPENSATION | |
| 30 WEST SPRING STREET : | |
| COLUMBUS, OHIO 43215 | |
| : | |
| DEFENDANTS. | |

Clark County, Ohio
FILED
JUN 22 2023
Common Pleas Court
Melissa M. Tuttle, Clerk

## FACTUAL ALLEGATIONS

1. Larry W. Miller, Jr., (Plaintiff) is an individual residing at 8517 Emerick Road, West Milton, Ohio 45383.

2. On August 5, 2021, and at all times material herein, Plaintiff was employed by PFFG Springfield, LLC, dba Planet Fitness (Planet Fitness) and acting in the scope of such employment.

LAW OFFICES
HUFFMAN, LANDIS,
WEAKS &
WALTERS CO.,
L.P.A.
24 N. SHORT STREET
TROY, OHIO
45373
937-335-0550
FAX: 937-339-6170

3. On August 5, 2021, and at all times material herein, Planet Fitness operated a business located at 1503 N. Bechtle Ave., Springfield, Clark County, Ohio (Premises).

4. On August 5, 2021, and at all times material herein, Defendant, ARCP MT Springfield OH, LLC (ARCP), owned the Premises.

5. On August 5, 2021, and at all times material herein, Defendant, CIM Group, L. P. (CIM), leased the Premises from ARCP and subleased the Premises to Planet Fitness.

## FIRST CLAIM FOR RELIEF

6. On or about August 5, 2021, and at all times material herein, CIM and/or ARCP were responsible for maintaining the Premises.

7. On or about August 5, 2021, Miller was the business invitee of CIM and/or ARCP at the Premises.

8. On or about August 5, 2021, CIM and/or ARCP owed Miller a duty of ordinary care, to maintain the Premises in a reasonably safe condition and to give warnings of latent or hidden perils which CIM and/or ARCP had, or should have had, knowledge.

9. On or about August 5, 2021, CIM and/or ARCP breached the duty of ordinary care by failing to maintain the railing near the dumpster of the Premises in a safe condition and by failing to give warning of the latently unsafe railing, which CIM and/or ARCP had, or should have had, knowledge.

10. On or about August 5, 2021, while putting trash in the dumpster at the Premises, Miller leaned on the railing, which collapsed, causing Miller to fall and sustain bodily injuries, including, but not limited to, a head injury, broken ribs, broken clavicle, and back injuries.

11. The personal injuries sustained by Miller as described herein were directly and proximately caused by the negligent CIM and/or ARCP, directly and proximately resulting in Miller suffering damages as follows: Past and future medical expenses; past and future pain and suffering; past and future loss of mobility; past and future loss of enjoyment of life; past and future mental anguish and emotional distress; past and future loss of services; permanent physical and mental disability and scarring; and other economic a non-economic lost as described in R.C. 2323.56.

## SECOND CLAIM FOR RELIEF

12. Miller incorporates paragraph 1 through 11 as fully rewritten herein, and further alleges that Defendant, Stephanie B. McCloud, is the administrator of the Ohio Bureau of Workers' Compensation (BWC).

13. BWC has paid medical expenses and lost wages on behalf of Miller as a result of the personal injury sustained by Miller as described herein.

Law Offices
Huffman, Landis,
Weaks &
Walters Co.,
L.P.A.
24 N. SHORT STREET
TROY, OHIO
45373
937-335-0550
FAX: 937-339-6170

**WHEREFORE**, Miller prays for judgment as follows:

A. For compensatory damages against CIM and/or ARCP, jointly and severally, on the First Claim for Relief in an amount in excess of $25,000.00, plus costs, interest, and any other relief to which Miller is entitled; and

B. That BWC, be ordered to appear and set forth its interest, if any, in the within action or be forever barred from pursing any claim of subrogation and/or reimbursement against Miller.

_____
Robert J. Huffman Jr. (0040316)
Huffman, Landis, Weaks & Walters Co., L.P.A.
24 N. Short Street
Troy, Ohio 45373
(937) 335-0550
E-mail: bob@huffmanlaw.co
Attorney for Plaintiff

## JURY DEMAND

Now comes Plaintiff and hereby demands trial by jury in this action.

_____
Robert J. Huffman Jr. (0040316)
Huffman, Landis, Weaks & Walters Co., L.P.A.
24 N. Short Street
Troy, Ohio 45373
(937) 335-0550
E-mail: bob@huffmanlaw.co
Attorney for Plaintiff

Law Offices
Huffman, Landis,
Weaks &
Walters Co.,
L.P.A.
24 N. SHORT STREET
TROY, OHIO
45373
937-335-0550
FAX: 937-339-6170